UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, et al.,<br><br>        Plaintiffs,<br>vs.<br><br>M.R. WHITSETT, INC., et al.,<br><br>        Defendants. | Case No.: 2:09-cv-01746-GMN-GWF<br><br>**ORDER** |

Before the Court are Plaintiffs' Motions for Injunctive Relief (ECF No. 17) and to Strike Defenses (ECF No. 18). A hearing was held on April 5, 2010, at which argument was received from Joice Bass, counsel for Defendants, and Daryl Martin, counsel for Plaintiffs. Having considered the briefs and papers submitted by the parties and the oral argument of counsel:

IT IS HEREBY ORDERED that the Motion to Strike Defenses (ECF No. 18) is DENIED.

IT IS FURTHER ORDERED that the Motion for Injunctive Relief (ECF No. 17) is GRANTED only to the limited extent that an injunction is hereby imposed against M.R. Whitsett, Inc. from April, 5, 2010 until the termination of these proceedings. M.R. Whitsett, Inc. must report to the Plaintiff Trust Funds the hours of work performed by M.R. Whitsett's Culinary and Bartending employees as such employees are defined in the Collective Bargaining Agreement, and must timely pay the fringe benefit contributions

due on all such hours worked.  Failure to abide by this order may result in sanctions and/or contempt proceedings.

        DATED this 6th day of October 2010.

_____
Gloria M. Navarro
United States District Judge